IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| TYRON NUNN | § | |
| VS. | § | CIVIL ACTION NO. 1:13-CV-360 |
| CHARLES E. SAMUELS, JR., *et al.*, | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Tyron Nunn, a prisoner currently confined at FCI Beaumont, proceeding *pro se*, filed the present *Bivens*-type[1] action against defendants Charles E. Samuels, Jr., M. Martin, N. Vasquez, and C.V. Rivera.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's application to proceed *in forma pauperis* be denied and this action be dismissed pursuant to 28 U.S.C. § 1915(g).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[2]

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered

---

[1] *See Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

[2] Plaintiff did file a motion entitled "Bond for Cost." In this motion, it appears plaintiff is stating he is worth the $350.00 but he has still yet to submit an actual payment of $350.00 to cover the cost of the filing fee.

in this case in accordance with the Magistrate Judge's recommendations.

    So **ORDERED** and **SIGNED** on October  16, 2013.

                                                             Ron Clark, United States District Judge